UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ERIC T. FRAZIER,**

    **Petitioner,**

v.                                            Case No. 1:24cv201-MCR/MAF

**RICKY DIXON, Secretary**
**Florida Department of Corrections,**

    **Respondent.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on April 8, 2025. ECF No. 15. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer the case, including any pending motions, to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**